UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL BABARE, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>SIGUE CORPORATION,<br><br>       Defendant. | Case No. 2:21-cv-00114<br><br>**NOTICE OF REMOVAL** |

**TO:**    **CLERK OF THE COURT;**

**AND TO:**  **ALL PARTIES AND THEIR COUNSEL OF RECORD.**

PLEASE TAKE NOTICE that, for the reasons set forth below, defendant Sigue Corporation ("Sigue") hereby removes the above-captioned action from the Superior Court of the State of Washington in and for Whatcom County to the United States District Court for the Western District of Washington. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and the Western District of Washington Local Civil Rule 101.

In support of its removal of this action, Sigue states as follows:

1. On or about December 29, 2020, Plaintiff Daniel Babare ("Plaintiff") filed this putative class action in the Superior Court of the State of Washington in and for Whatcom County, Case No. 20-2-01321-37. Attached as **Exhibit A** is a true and correct copy of Plaintiff's state court complaint (the "Complaint").

NOTICE OF REMOVAL - 1

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

2. Plaintiff served Sigue with the Summons and Complaint on January 11, 2021 and therefore, this Notice of Removal is timely made pursuant to 28 U.S.C. § 1446(b).

3. No proceedings have occurred in the Superior Court of the State of Washington in and for Whatcom County, as of the date of this notice of removal. Sigue has not answered or moved in response to the Complaint filed by Plaintiff. Sigue hereby reserves and all rights to assert any and all defenses and/or objections to the Complaint.

4. Venue is appropriate in the United States District Court for the Western District of Washington pursuant to 28 U.S.C. § 1441, as this removal has been brought in the district in which the matter was pending in state court, and considering Plaintiff has already sued Sigue in a class action there based on the same conduct. *See* Notice of Related Cases: No. 2:20-cv-00894-JCC.

5. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this notice of removal is being served upon Plaintiff and filed with the clerk of the Superior Court of Washington, Whatcom County.

6. Plaintiff's complaint states a single claim for relief pursuant to the Washington's Consumer Protection Act and Commercial and Electronic Mail Act ("CEMA").

7. <u>Intradistrict Assignment</u>: Pursuant to LCR 101(e) and LCR 3(e), Sigue is requesting removal to the Western Division because prior to removal, this case was pending in the Superior Court of the State of Washington in and for Whatcom County.

8. The Complaint establishes that there is diversity between the Parties. Plaintiff asserts that he is a citizen and resident of Whatcom County, Washington. Complaint at ¶ 4. The Complaint also alleges that Sigue is a Delaware Corporation headquartered in Sylmar, California. Complaint ¶ 6.

9. The number of putative class members exceeds 100. *See* 28 U.S.C. § 1332(d)(5)(B). Plaintiff seeks to represent a class of individuals defined as follows:

    a. "All persons who are Washington residents who; within the four years

NOTICE OF REMOVAL - 2

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

prior to the filing of this lawsuit; were sent a commercial electronic text message; by or on behalf of Defendant; to said person's cellular telephone number; without having provided their clear and affirmative consent to Defendant for the receipt of such text messages." Complaint at ¶ 18.

10. Sigue denies that Plaintiff's proposed classes can meet the requirements of Federal Rule of Civil Procedure 23. However, based on the relief Plaintiff seeks, both individually and on behalf of the alleged class, the aggregate amount in controversy exceeds $5,000,000, exclusive of interest and costs. 28 U.S.C. § 1332(d)(6) ("In any class action, the claims of the individual class members shall be aggregated to determine whether the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs.").

11. This amount can be ascertained by reference to the relief requested by the representative Plaintiff and the statutory damages available under the CEMA. Plaintiff seeks statutory damages in the amount of $500.00, for each alleged text message that Sigue sent to any Class member, plus exemplary damages of $1,000 per text message, and treble damages. *Id.* at ¶ 37. Adding $500 and $1,000 per each text message alleged by Plaintiff in the Complaint yields statutory and exemplary damages in the amount of $1,500 per text message sent to each putative class member.

12. The Complaint alleges that "Defendant caused thousands of unsolicited commercial messages" and "believes the Class members number in the several thousands, if not more." *Id.* at ¶¶ 2, 16, 20, 21. Multiplying $1,500 by "thousands" of text messages to "thousands" of consumers yields statutory damages in the amount well above $5,000,000 for the putative class. Extrapolating the alleged damages for the Washington consumers to the purported nationwide class necessarily yields an amount in controversy that exceeds the jurisdictional threshold of $5,000,000 contained in 28 U.S.C. § 1332(d)(6).

NOTICE OF REMOVAL - 3

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

13. The calculation above does not include the value of other relief sought in the Complaint, including attorneys' fees, declaratory relief and permanent injunctive relief.

14. In sum, if the proposed class were to prevail on all claims and recover all remedies sought in the Complaint, then, pursuant to the allegations of the Complaint, the relief awarded in the aggregate would exceed $5,000,0000.

15. For all of the reasons stated herein, this Court has jurisdiction over this civil action pursuant to 28 U.S.C. §§ 1331 and 1332, and it is removable to this Court pursuant to §§ 1441, 1446 and 1453(b).

16. By removing the action to this Court, Sigue does not waive any defenses, objections or motions available to it under state and federal law. Based on the foregoing, Sigue hereby removes this lawsuit to this Court.

DATED: January 29, 2021

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

*/s/ R. Omar Riojas*
R. Omar Riojas, WSBA No. 35400
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
Telephone:   (206) 452-0260
Facsimile:   (206) 397-3062
E-mail:      riojas@goldfarb-huck.com

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**

*/s/ Joshua Briones*
Joshua Briones (*pro hac vice application forthcoming*)
*/s/ Matthew J. Novian*
Matthew J. Novian (*pro hac vice application forthcoming*)
2029 Century Park East, Suite 3100
Los Angeles, California 90067
Telephone:   (310) 586-3200
E-mail:      jbriones@mintz.com
             mjnovian@mintz.com

*Attorney for Defendant Sigue Corporation*

## **VERIFICATION**

Pursuant to Western District of Washington Local Civil Rule 101(b), the undersigned counsel for Sigue Corporation, hereby verifies that the Complaint attached hereto as **Exhibit A** is a true and complete copy of the pleading in the state court proceedings and all process served on Sigue Corporation.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED at Seattle, Washington on this 29th day of January, 2021.

*/s/ R. Omar Riojas*
R. Omar Riojas, WSBA No. 35400

NOTICE OF REMOVAL - 5

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

# CERTIFICATE OF SERVICE

I certify that on this 29th day of January, 2021, a copy of the foregoing document was served as stated below.

| | |
|---|---|
| Kira M. Rubel, Esq.<br>**THE HARBOR LAW GROUP**<br>3615 Harborview Drive, NW, Suite C.<br>Gig Harbor, WA 98332-2129<br>Kira@theharborlawgorup.com | ☒ via ecf/email<br>☐ via legal messenger<br>☐ via US Mail<br>☐ via fax |
| Manuel Hiraldo, Esq.<br>**HIRALDO P.A.**<br>401 E. Las Olas Blvd., Suite 1400<br>Fort Lauderdale, FL 33301<br>MHiraldo@Hiraldolaw.com | ☒ via ecf/email<br>☐ via legal messenger<br>☐ via US Mail<br>☐ via fax |
| Michael Eisenband<br>**EISENBAND LAW, P.A.**<br>515 E Las Olas Blvd, Suite 120<br>Fort Lauderdale, Florida 33301<br>MEisenband@Eisenbandlaw.com | ☒ via ecf/email<br>☐ via legal messenger<br>☐ via US Mail<br>☐ via fax |

DATED this January 29, 2021.

*/s/ Angela A. Trinh*
Angela A. Trinh

NOTICE OF REMOVAL - 6

**GOLDFARB & HUCK**
**ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260